UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Marcia Pearson

_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

**14 CV 7678**

**COMPLAINT**

-against-

Sarah Reid-Robinson

Elizabeth Downer

_____

_____

_____

_____

_____

_____

_____

Jury Trial: ☒ Yes    ☐ No

(check one)

RECEIVED
SEP 22 2014
PRO SE OFFICE

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

I.    **Parties in this complaint:**

A.    List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff    Name    Marcia Pearson
            Street Address    273 Cottage Road
            County, City    Rockland, Valley Cottage
            State & Zip Code    New York 10989
            Telephone Number    (914) 441-3351

B.    List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1    Name    Sarah Reid-Robinson
                Street Address    383 Cotillion Drive

*Rev. 05/2010*

County, City  Henry County, Stockbridge

State & Zip Code  Georgia 30281

Telephone Number  (770) 506-0284 home (678) 764-3952 cellular

**Defendant No. 2**

Name  Elizabeth Downer

Street Address  934 East 104th Street

County, City  Kings County, Brooklyn

State & Zip Code  New York 11236

Telephone Number  (646) 593-1347

**Defendant No. 3**

Name

Street Address

County, City

State & Zip Code

Telephone Number

**Defendant No. 4**

Name

Street Address

County, City

State & Zip Code

Telephone Number

## II.    Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction.  Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.    What is the basis for federal court jurisdiction?  *(check all that apply)*

☐ Federal Questions            ☒ Diversity of Citizenship

B.    If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue?

C.    If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship  New York

Defendant(s) state(s) of citizenship  Georgia

## III.    Statement of Claim:

State as briefly as possible the facts of your case.  Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events.

*Rev. 05/2010*

You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.    Where did the events giving rise to your claim(s) occur? Brooklyn, New York

B.    What date and approximate time did the events giving rise to your claim(s) occur? _____
On 9/20/2013 upon the death of my aunt Matilda Elizabeth Campbell.

**What happened to you?**

C.    Facts: Sarah Robinson is not related to myself or to the decedent, my aunt, Matilda Elizabeth Campbell. However, Sarah Robinson falsified the decedent's death certificate stating that she is a niece. In addition, Sarah Robinson closed all of the bank accounts in New York when she lives in Georgia. I was to receive 5% of the estate according to my aunt's journal. Elizabeth Downer tore out pages of the journal as well as hid bank information from me. Since the decedent had no will, I was appointed administrator. However, all accounts to the estate were closed by December 2013.

**Who did what?**

**Was anyone else involved?**

Yes. Elizabeth Downer, my cousin.

**Who else saw what happened?**

Caretakers Agatha McDonald and Marjorie Saunders

## IV.    Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Mental anguish causing hypertension. I take Benicar and norvasc to prevent organ damages, heart attack, and stroke leading to death.

*Rev. 05/2010*

**V.    Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. I would like the Court to order an amendment to Matilda Elizabeth Campbell's death certificate to change item 20b from niece to friend. In addition, I am seeking monetary compensation of $2 million dollars plus court cost and attorney's fees for pain, suffering, and loss of work.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 19th day of September , 20 14 .

Signature of Plaintiff _Marcia Pearson._

Mailing Address    273 Cottage Road,

Valley Cottage,

New York 10989

Telephone Number    (914) 441- 3351

Fax Number *(if you have one)*    (413) 208-5335

**Note:**   All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

**For Prisoners:**

I declare under penalty of perjury that on this _____ day of _____, 20__, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: _____

Inmate Number    _____

*Rev. 05/2010*