273 Cottage Road,
Valley Cottage,
New York 10989,
December 28th, 2017

**ORIGINAL**



Magistrate Judge Kuo,
U.S. District Court,
Eastern District of New York (Brooklyn),
225 Cadman Plaza East,
Brooklyn, New York 11201

Dear Judge Kuo,

Re:  Case #1:16-cv-03139-RRM-PK

I have submitted Letters of Administration, death certificates, and letters requesting a list of beneficiaries, account balances, and the full account numbers of those accounts ending in four digits of the account number, to JP Morgan Chase and Capital One banks. However, with the exception of account #93631497215, I have not received written responses from either bank. Missing are Certificate of Deposit, Municipal Bonds, investments, and checking accounts information.

For this reason, I am asking for an extension and if the court can grant Judicial Subpoenas to JP Morgan Chase and Capital One banks to produce information. Enclosed are the Eastern District of New York forms.

Thank you!

Sincerely,

*M. Pearson*

Marcia Pearson, Ph.D.

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| Marcia Pearson | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 16cv3139 (RRM)(PK) |
| Sarah Reid-Robinson | ) | |
| | ) | |
| *Defendant* | ) | |

**SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION**

To: Richard D. Fairbank, Capital One Financial Corporation, 1680 Capital One Drive, McLean, VA, 22102

*(Name of person to whom this subpoena is directed)*

☒ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: beneficiaries and balances (no statements) of all the accounts, listed here or unlisted, for Matilda Campbell including the savings account number

| Place: U.S. District Court, Eastern District of New York, 225 Cadman Plaza, Brooklyn, NY 11201 | Date and Time: |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

*CLERK OF COURT*

OR

_____          _____
*Signature of Clerk or Deputy Clerk*                    *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
Pro Se
_____, who issues or requests this subpoena, are:
Marcia Pearson, 273 Cottage Road, Valley Cottage, New York 10989, caribwm@aol.com, (914) 441-3351

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 16cv3139 (RRM)(PK)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____.

☐ I served the subpoena by delivering a copy to the named person as follows: _____
_____
_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____
_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| Marcia Pearson | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 16cv3139 (RRM)(PK) |
| Sarah Reid-Robinson | ) |
| | ) |
| *Defendant* | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Jamie Dimon, JPMorgan Chase, 270 Park Avenue, Manhattan, New York 10005

*(Name of person to whom this subpoena is directed)*

☒ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: beneficiaries and balances (no statements) of all the accounts listed here or unlisted for Matilda Campbell, including the full account numbers of CDs ending in 2478 and 2555; Municipal Bonds reference #C_____; investments account ending in 4440; and checking accounts ending in 4176 and 7466.

| Place: U.S. District Court, Eastern District of New York, 225 Cadman Plaza, Brooklyn, NY 11201 | Date and Time: |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: _____

*CLERK OF COURT*

OR

_____          _____
*Signature of Clerk or Deputy Clerk*          *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
Pro Se _____, who issues or requests this subpoena, are:

Marcia Pearson, 273 Cottage Road, Valley Cottage, New York 10989, caribwm@aol.com, (914) 441-3351

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 16cv3139 (RRM)(PK)

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____
on *(date)* _____.

☐ I served the subpoena by delivering a copy to the named person as follows: _____
_____
_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____
_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.: