273 Cottage Road,
Valley Cottage,
New York  10989,
March 19th, 2018

**ORIGINAL**

Magistrate Judge Peggy Kuo,
United States District Court,
Eastern District of New York,
225 Cadman Plaza East,
Brooklyn, NY  11201



Dear Judge Kuo,

Re: Case #1:16-cv-03139-RRM-PK

I apologize for my tardiness in submitting my findings.  There was a delay with getting the data from Capital One, albeit, I served them the subpoena trice.  Please find enclosed the findings.  It appears that one of the JPMorgan Chase accounts (93631497215) has a current balance under my aunt's name only, however, the others were joint accounts.

In closing, I would like to thank you for your time and patience on this case.  I await your ruling.

Sincerely,

Marcia Pearson, Ph.D.



Attn:  12070-7000
15000 Capital One Drive
Richmond, VA  23238-1119
subpoena@capitalone.com

March 12, 2018

**VIA FEDERAL EXPRESS**

Ms. Marcia Pearson
273 Cottage Road
Valley Cottage, NY 10989

Re:  **Subpoenaed Entity: Richard D. Fairbank, Capital One Financial Corporation**
     **Responding Entity: Capital One, N.A. and Capital One Bank (USA), N.A.**
     **Case Number/Name: 16cv3139 (RRM)(PK)**
     **Our File Number:  201806639**

Dear Ms. Pearson:

I am writing in response to the subpoena or information request for the above-referenced matter ("Subpoena") directed to the above Subpoenaed Entity.  Subject to and without waiving the below objections,[1] the Responding Entity/Entities ("Capital One") has exercised reasonable diligence in searching its systems of record for the documents and/or information reasonably requested by the Subpoena, and the enclosed documents and/or information represent all available documents and/or information yielded by this search.  Please note that there are multiple Capital One entities and that the responsive documents produced herewith represent only those in the possession, custody, or control of the Responding Entity/Entities.

Please also note that it is not possible for Capital One or any of its employees to represent that any document production contains 'all documents' for any specific customer and/or account. Based upon our interpretation of your request, however, we believe the enclosed documents fully satisfy your request. Capital One shall assume that this response constitutes a full and complete response requiring no further action by Capital One in response to the Subpoena unless you should advise it in writing otherwise within ten days of this letter. If you have any questions, please contact me at sarah.blankenship@capitalone.com.

Sincerely,

Sarah Blankenship
Subpoena Fulfillment Team

---

[1] To the extent that the above-listed Subpoenaed Entity does not match the above-listed Responding Entity ("Capital One"), Capital One objects to the Subpoena on the grounds that the Subpoena is directed to an incorrect legal entity, as the Subpoenaed Entity does not exist, is not a legal entity, or is not the correct entity to which the Subpoena should be directed. Information regarding the primary Capital One operating subsidiaries and subpoenas to such entities is available from Capital One's website (www.capitalone.com/legal/subpoena-policy). Capital One also objects to the Subpoena to the extent that (1) the method of service of the Subpoena is not specifically authorized by applicable law; (2) the Subpoena has not been issued in full compliance with all applicable law; (3) the Subpoena fails to allot a reasonable period of time for compliance; (4) the Subpoena requests privileged or confidential information; (5) the full scope of the information requested by the Subpoena is not relevant or reasonably calculated to lead to the discovery of admissible evidence; (6) the Subpoena fails to provide sufficient information to uniquely identify some or all of the individuals and/or entities about which information is sought; (7) the full scope of the information requested by the Subpoena is overbroad; (8) compliance with the Subpoena would pose an undue burden and expense upon Capital One; and (9) the Subpoena seeks information that is confidential and proprietary and that will not be produced unless subject to an appropriate protective order. Capital One further reserves its right to assert any additional objection to the Subpoena.

## DECLARATION OF QUALIFIED PERSON
## CERTIFYING THE AUTHENTICITY OF DOMESTIC BUSINESS
## RECORDS AND/OR INFORMATION REFLECTED IN SYSTEMS OF
## RECORD PURSUANT TO FEDERAL RULES OF EVIDENCE 803(6) & 902(11)

I, the below-signed Declarant, declare under penalty of perjury and pursuant to 28 U.S.C. § 1746 that the information contained in this declaration is true and correct. I am employed by **Capital One Services, LLC,** and in this position I am a qualified person authorized to declare and certify on behalf of **Capital One, N.A. ('Capital One')** the following in accordance with the Federal Rules of Evidence 803(6) and 902(11):

1. This Declaration is made in conjunction with Capital One's response to the subpoena, search warrant, summons, or request issued by **Marcia Pearson** in the matter of **Case 16cv3139 (RRM)(PK)** dated **January 2, 2018** ('Subpoena').

2. The documents and/or information attached hereto represent such documents and/or information responsive to any reasonable request of the Subpoena as returned from a reasonably diligent search of Capital One's systems of record and are true and accurate duplicates of the original business records maintained by Capital One and/or true and accurate representations of the information reflected in Capital One's systems of record.

3. In accordance with Federal Rule of Evidence 902(11), I certify that the documents and/or information reflected in Capital One's systems of record attached hereto:

(A) were made and/or entered in Capital One's systems of record at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters;

(B) were kept and/or entered in its systems of record in the course of the regularly conducted business activity of Capital One; and

(C) were made and/or entered in its systems of record by Capital One as a regular practice during its regularly conducted business activity.

I declare under penalty of perjury and pursuant to 28 U.S.C. § 1746 that the foregoing information contained in this declaration is true and correct. Executed as of the below date.

_Sarah Blankenship_
Signature of Declarant

_3/12/2018_
Date of Declaration

_Sarah Blankenship_
Printed Name of Declarant

---

**For Capital One Use Only**
File #: 201806639



# Attention:

Capital One will respond to subpoenas for information and documents that are properly directed and served to the appropriate legal entity. The most common Capital One legal entities are listed below for your future reference. When directing future subpoenas to Capital One, please be sure to address your subpoena to the correct legal entity in order to receive all account information / documents responsive to non-objectionable requests.

**Capital One Operating Entities**
The primary Capital One operating entities from which customer records are typically requested are:

> **Capital One Bank (USA), N.A.** offers a wide variety of <u>credit card</u> products, other lending products, and a limited number of deposit products.
> **Capital One, N.A.** offers a broad spectrum of banking products and financial services to consumers, small businesses and commercial clients, including <u>traditional banking</u> products through an extensive branch network.
> **Capital One Auto Finance, a division of Capital One, N.A.,** offers <u>automobile financing</u> and related products.
> **Capital One 360, a division of Capital One, N.A.,** offers a broad spectrum of <u>online banking</u> products previously offered under ING Direct.

Additional information can be found our website: <u>https://www.capitalone.com/legal/subpoena-policy/</u>

1/31/18  KW 10:08am

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

**RECEIVED**

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

JAN 31 2018

**LEGAL DEPT
RICHMOND VA**

Marcia Pearson )
*Plaintiff* )
v. )  Civil Action No. 16cv3139 (RRM)(PK)
Sarah Reid-Robinson )
)
*Defendant* )

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Richard D. Fairbank, Capital One Financial Corporation, 1680 Capital One Drive, McLean, VA, 22102

*(Name of person to whom this subpoena is directed)*

☒ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: beneficiaries and balances (no statements) of all the accounts, listed here or unlisted, for Matilda Campbell including the savings account number 00000307289104.

| Place: U.S. District Court, Eastern District of New York, 225 Cadman Plaza, Brooklyn, NY 11201 | Date and Time: February 10th, 2018 5:00 P.m. |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 1/2/18

**DOUGLAS C. PALMER**
*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*     OR     *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
Pro Se _____, who issues or requests this subpoena, are:
Marcia Pearson, 273 Cottage Road, Valley Cottage, New York 10989, caribwm@aol.com, (914) 441-3351

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.   16cv3139 (RRM)(PK)

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:



Attn: 12070-7000
15000 Capital One Drive
Richmond, VA  23238-1119
subpoena@capitalone.com

## Account Information Sheet

Below is account holder information obtained from Capital One, N.A. computer systems. These computer records are kept in the regular course of business, and it was in the regular business practice of Capital One, N.A. to keep such records.  Further, the information contained in the records of Capital One, N.A. was made by, or transmitted from, a person with knowledge of the acts or events recorded therein.  Further, the records were made at or near the time of the act or event recorded.

| | |
|---|---|
| Account # | 00000307289104 |
| Account type | savings account |
| Date opened | 11/03/1992 |
| Date closed | 10/10/2013 |
| Name on account | Matilda Campbell<br>Marjorie H. Saunders<br>Sarah A. Reid Robinson |
| Social security number | 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 |
| Current address | 273 Cottage Road<br>Valley Cottage, NY 10989-2426 |
| Telephone number | (718) 485-1108 |
| Date of birth | 12/15/1919 |
| Email address provided | N/A |
| Balance | $0.00 |



Attn: 12070-7000
15000 Capital One Drive
Richmond, VA 23238-1119
subpoena@capitalone.com

### Account Information Sheet

Below is account holder information obtained from Capital One, N.A. computer systems. These computer records are kept in the regular course of business, and it was in the regular business practice of Capital One, N.A. to keep such records. Further, the information contained in the records of Capital One, N.A. was made by, or transmitted from, a person with knowledge of the acts or events recorded therein. Further, the records were made at or near the time of the act or event recorded.

| Account ID | 20207623 |
|---|---|
| Account type | brokerage account |
| Date opened | 05/25/1999 |
| Date closed | 11/21/1999 |
| Name on account | Matilda Campbell |
| Social security number | 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 |
| Balance | $0.00 |

**JPMorganChase** ⬡

**Texas Subpoena Processing**
**Mail Code TX1-0053**
**14800 Frye Road**
**Fort Worth, Texas 76155**

2/16/2018

MARCIA PEARSON
MARCIA PEARSON
273 Cottage Road
Valley Cottage NY 10989

**Case Name:  Marcia Pearson V. Sarah Reid-Robinson**
**Case No.:  16cv3139 (RRM)(PK)**
**JPMorgan Chase File No.:  SB907939-F1**

Dear MARCIA PEARSON :

In response to your request to JPMorgan Chase Bank, N.A. , I've enclosed copies of account records about the matter referenced above.

If you have questions about the fulfillment of this request, please be advised that we can only provide a status.  We cannot verbally disclose further information related to the records.  Our phone number is 1-317-757-7422.  We're here to help Monday through Friday from 8:30 a.m. to 9:00 p.m. Eastern Time.


Sincerely,


Leah Lucas
Operations Manager, VP
Chase Customer Service


Enclosure:  account records

JPMorgan Chase Bank, N.A. Member FDIC
SUBP17

## AFFIDAVIT

### Case No. : 16cv3139 (RRM)(PK)

Shelley D Cook , certifies and declares as follows:

1.   I am over the age of 18 years and not a party to this action.
2.   My business address is 14800 Frye Road, Fort Worth, Texas 76155.
3.   I am a  Doc Review Sr Specialist II  and Custodian of Records for JPMorgan Chase Bank, N.A. in the National Subpoena Processing Department located in Fort Worth, Texas.
4.   Based on my knowledge of JPMorgan Chase Bank, N.A. 's business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by JPMorgan Chase Bank, N.A. in the ordinary course of business.
5.   Based on my knowledge of JPMorgan Chase Bank, N.A. 's business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from information transmitted by, a person with knowledge of those matters.
6.   It is the regular practice of JPMorgan Chase Bank, N.A. to make such a record of transactions in the ordinary course of business.

I declare under penalty of perjury, under the laws of the State of Texas, that the foregoing is true and correct.

Dated:_____2/16/18_____          By:_____Shelley D Cook_____

Shelley D Cook
Doc Review Sr Specialist II
National Subpoena Processing

Sworn to before me this _16_ day of _February_, 20 _18_.

_____
Notary Public

MICHAEL RUNNELS
Notary ID #130622753
My Commission Expires
April 12. 2020

_04/12/2020_
Commission Expires

SUBP52

SD_SwornDocumentExecution_000131940044
SB907939-F1

Confidential Information Redacted

**CERTIFICATION INSTRUCTIONS** - You must cross out item(s) below if you have been notified by the IRS that you are subject to backup withholding ("b/w") because of underreporting of interest or dividends on your tax return (and have not received a subsequent notice from the IRS that b/w has been terminated).

| ACCOUNT NO. | OPENING DATE | TYPE | |
|---|---|---|---|

14#-000014#0015963...-01-- TITLE/ADDRESS $1-.-101

MISS-ELIZABETH-CAMPBELL--OR-......
ELIZABETH--DOWNER----:--.
839--LINDEN--BLVD------:--.
BROOKLYN--NY---- ---------11203-3658---- Tax Deferred CD

**CERTIFICATION** - Under penalties of perjury, I/we certify that: (1) the number shown on this form is my correct Taxpayer Identification Number, and (2) I am not subject to b/w either because I have not been notified by the IRS that I am subject to b/w as a result of a failure to report all interest or dividends, or the IRS has notified me that I am no longer subject to b/w.  The IRS does not require your consent to any provisions of this document other than the certifications required to avoid b/w.

SIGNATURE *Elizabeth Campbell*

SOCIAL SECURITY NO.-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---- ---
DATE OF BIRTH---- --12-15-1919-- --- ---
FATHER'S NAME
HOME/BUS TEL. NO.
SIGNATURE OF CO-DEPOSITOR *Elizabeth Downer*
ADDRESS (if different)

FATHER'S NAME
TEL. NO. (if different)

| IN TRUST FOR | RELATION | AGE |
|---|---|---|

I/We understand this account is subject to the Terms and Conditions and Funds Availability Policy applicable to accounts of this type, copies of which were provided at the time the account was opened, and to the By-Laws of The Dime Savings Bank. I/We also understand this account may be subject to backup withholding under applicable IRS regulations as described in the taxpayer identification number information document provided at the time the account was opened.

## ADDITIONAL SERVICES

I/We authorize the service(s) indicated below and agree to the Terms and Conditions applicable to the service(s) selected, copies of which were provided at the time the account was opened.

☐ Issue a DimeCard / Dime Visa Check Card in my(our) name(s) to be used for depositing funds to and withdrawing funds from this account.

☐ Instant Check Access Service on this checking acct. and acct. # _____.

☐ Transfer interest from this account as follows:

    ☐ Monthly    ☐ Quarterly    ☐ Semi-Annually    ☐ Annually

Deposit to Dime Account # _____.

A. _____ Date _____

B. _____ Date _____

## CUSTOMER IDENTIFICATION

Dime Account No./Other ID

_____  ☐ Open  ☐ Closed

| Reference No. | Resultant No. | Rate/Term of Maturity |
|---|---|---|
| | | |

Form 1527 Rev. 4/98

```
 CA View Browse - DDA802008ONL -------------------------------------------------- Rec 000000000 Pg 0000001.001 Lock 00 Col 001 132
 Command ===>                                                                                                    Scroll ===> 1
 ****************************************************** Top of Data ******************************************************
SARPAGE 1
     BANK: 0802                                      JPMORGAN CHASE BANK, NA (TRI-STATE)                         DATE 09/13/2013
     RPT : DAR008                                    DDA TRIAL BALANCE REPORT                                    PAGE      1
 ***********************************************************************************************************************
```

| ACCOUNT NUMBER | SHORT NAME | GL CD | AC TY | AC ST | P C | S H | CY CD | WH CD | CURRENT BALANCE | AVAILABLE BALANCE | LAST DEPOSIT MMDD | DEPOSIT AMOUNT | DTLST ACT MMDDYY | ACCRUED INT CTD | COLLECTED BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 93631497215 | CAMPBELL M | 111 | 1 | | M | | 60 | 31 | 2,085.62 | 2,085 | 0624 | 800 | 062413 | 0.01 | 2,085 |





Attn:  12070-7000
15000 Capital One Drive
Richmond, VA  23238-1119
subpoena@capitalone.com

March 9, 2018

**VIA FEDERAL EXPRESS**

Ms. Marcia Pearson
273 Cottage Road
Valley Cottage, NY 10989

Re:  **Subpoenaed Entity: Capital One**
**Responding Entity: Capital One Bank (USA), N.A. and/or Capital One, N.A.**
**Case No./Name: 16cv3139 (RRM)(PK) - Marcia Pearson vs Sarah Reid-Robinson**
**Our File Number: 201805973**

Dear Ms. Pearson:

I am writing in response to the subpoena or other legal request for the above-referenced matter ("Subpoena") directed to the above Subpoenaed Entity.  Subject to and without waiving the below objections,[1] the Responding Entity ("Capital One") objects to the Subpoena and is unable to fulfill your request as issued because the Subpoena is directed to an incorrect legal entity, as the Subpoenaed Entity does not exist, is not a legal entity, or is not the correct entity to which the Subpoena should be directed.

If the requested information is still needed, please properly serve a new subpoena or other legal request issued in full compliance with applicable law, and we will provide a response within a reasonable period of time.  Please ensure that any subsequent subpoena or other legal request is directed to the correct legal entity and that the name of the entity is spelled correctly. Information regarding the primary Capital One operating subsidiaries and subpoenas to such entities is available from Capital One's website (www.capitalone.com/legal/subpoena-policy). These companies are separate and distinct legal entities, and subpoenas and other legal requests must be served separately upon the correct entity in full compliance with applicable law in order to permit a response.

Should you have any questions, please contact me at sarah.blankenship@capitalone.com.

Sincerely,

Sarah Blankenship
Subpoena Fulfillment Team

---

[1] Capital One also objects to the Subpoena to the extent that (1) the method of service of the Subpoena is not specifically authorized by applicable law; (2) the Subpoena has not been issued in full compliance with all applicable law; (3) the Subpoena requests privileged or confidential information; (4) the full scope of the information requested by the Subpoena is not relevant or reasonably calculated to lead to the discovery of admissible evidence; (5) the full scope of the information requested by the Subpoena is overbroad; (6) the Subpoena fails to provide sufficient information to uniquely identify some or all of the individuals and/or entities about which information is sought; and/or (7) compliance with the Subpoena would pose an undue burden and expense upon Capital One.  Capital One further reserves its right to assert any additional objection to the Subpoena.

Rev 1/2015



# Attention:

Capital One will respond to subpoenas for information and documents that are properly
directed and served to the appropriate legal entity. The most common Capital One legal entities
are listed below for your future reference.  When directing future subpoenas to Capital One,
please be sure to address your subpoena to the correct legal entity in order to receive all
account information / documents responsive to non-objectionable requests.

<u>Capital One Operating Entities</u>
The primary Capital One operating entities from which customer records are typically requested
are:

> **Capital One Bank (USA), N.A.** offers a wide variety of <u>credit card</u> products, other lending
> products, and a limited number of deposit products.
> **Capital One, N.A.** offers a broad spectrum of banking products and financial services to
> consumers, small businesses and commercial clients, including <u>traditional banking</u>
> products through an extensive branch network.
> **Capital One Auto Finance, a division of Capital One, N.A.,** offers <u>automobile financing</u>
> and related products.
> **Capital One 360, a division of Capital One, N.A.,** offers a broad spectrum of <u>online
> banking</u> products previously offered under ING Direct.

Additional information can be found our
website:  <u>https://www.capitalone.com/legal/subpoena-policy/</u>

002553

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

RECEIVED

## UNITED STATES DISTRICT COURT

for the

Eastern District of New York

FEB 2 6 2018

LEGAL DEPT
RICHMOND VA

| Marcia Pearson | ) |
| --- | --- |
| *Plaintiff* | ) |
| v. | ) |
| Sarah Reid-Robinson | ) |
| | ) |
| *Defendant* | ) |

Civil Action No. 16cv3139 (RRM)(PK)

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
### OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: ATTN: 12070-7000 (subpoena Dept) 15000 CAPITAL ONE DRIVE, Richmond VA 23238-1119

*(Name of person to whom this subpoena is directed)*

☒ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: beneficiaries and balances (no statements) of all the accounts, listed here or unlisted, for Matilda Campbell including the savings account number 0000307289104.

| Place: U.S. District Court, Eastern District of New York, 225 Cadman Plaza, Brooklyn, NY 11201 | Date and Time: February 28th, 2018 5:00 P.M. |
| --- | --- |

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
| --- | --- |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 1/21/18

**DOUGLAS C. PALMER**

*CLERK OF COURT*

_Claudia Rouluf_                      OR    _____

*Signature of Clerk or Deputy Clerk*                      *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____
Pro Se
_____, who issues or requests this subpoena, are:

Marcia Pearson, 273 Cottage Road, Valley Cottage, New York 10989, caribwm@aol.com, (914) 441-3351

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No.  16cv3139 (RRM)(PK)

*Capital one Bank*

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* _____

on *(date)* _____

☒ I served the subpoena by delivering a copy to the named person as follows: *Kenya Bracey RA*

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00

I declare under penalty of perjury that this information is true.

Date: 1/29/18
   1027AM

_____   M. Bhm 808/12
                                    *Server's signature*

                                    M. Sabanos
                                    *Printed name and title*

Stacey A. Kincaid, Sheriff
Fairfax County, VA

_____
                                    *Server's address*

Additional information regarding attempted service, etc.:

273 Cottage Road,
Valley Cottage,
New York 10989,
January 12th, 2018

Fairfax County Sheriff's Office,
Civil Enforcement,
4110 Chain Bridge Road,
Fairfax, VA 22030

Dear sheriff,
Re: Process Server

Please find enclosed a subpoena addressed to Richard D. Fairbank, of Capital One Financial Corporation, 1680 Capital One Drive, McLean, VA, 22102 and a $12.00 money order. Due to a court hearing on February 15th, 2018, please serve ASAP. Please email or mail the Affidavit of Service.

Thank you!

Sincerely,

*M. Pearson*

Marcia Pearson, Ph.D.

Fairfax County Sheriff's Office - Fees

4110 Chain Bridge Road
Fairfax, VA 22030

# Sales Receipt

| Date | Sale No. |
|------|----------|
| 1/16/2018 | 4391 |

**Sold To**

MARCIA PEARSON
US DISTRIC COURT DOCUMENT

| Check No. | Payment Method | Project |
|-----------|----------------|---------|
| 23849190393 | Check | |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Local Paper Fee | 1 | 12.00 | 12.00 |

Fairfax County Sheriff

PAID

| | Total | $12.00 |
|---|-------|--------|



1680 Capital One Drive
McLean, VA 22102

December 8, 2016

To Whom It May Concern:

The following associates are authorized by me to accept services of lawsuits, subpoenas and other legal documents and pleadings on behalf of Capital One Financial Corporation and all of its subsidiaries to the same extent that I would be able to accept such services:

Carla B. Cole, Administrative Assistant
Wendy Hunt, Administrative Assistant
~~Scott McNickle, Administrative Assistant~~
Kenya Bracey, Administrative Assistant
Sue Zimmerman, Administrative Assistant
Scarlett Kyhl, Administrative Assistant
~~Mina Patel, Administrative Assistant~~
Jeannie Lawson, Administrative Assistant
Victoria Blacknall, Administrative Assistant

Thank you for your cooperation.

Sincerely,

John G. Finneran, Jr.
General Counsel and Corporate Secretary

Sworn to and subscribed before me, in my presence this 8ᵗʰ day of December , 2016 .

A Virginia Notary Public. In and for the state at Large

My commission expires 7/31/2017 .

CHRISTINE A VAN HORN
NOTARY PUBLIC
REG. #307303
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES JULY 31, 2017



15000 Capital One Drive
ATTN: 12070-7000 (SUBPOENA)
Richmond, VA 23238-1119

February 12, 2018

1000001    01 SP 0.470 **SNCLP. H1 1 8043 10989-242673  ..-C61-P00011-I



Marcia Pearson
273 COTTAGE RD
VALLEY COTTAGE, NY 10989-2426

Re: Responding Entity: Capital One Bank® (USA), N.A . and/or Capital One®, N.A.
Case No./Name: Marcia Pearson vs Sarah Reid-Robinson
Our File Number: 201803316

Dear Marcia Pearson,

We received the subpoena, summons, or other information request for the above-referenced matter ("Request"). Subject to and without waiving the potential objections noted below, the Responding Entity objects to the Subpoena and is unable to fulfill your request as issued because the Subpoena is directed to an incorrect Capital One entity ("Subpoenaed Entity"). The Subpoenaed Entity does not have in its possession, custody or control the information and/or documents requested by the Subpoena, as any information and/or documents requested by the Subpoena would be in the possession, custody or control of a different Capital One entity.

Capital One companies are separate and distinct legal entities, and subpoenas and other legal requests must be served separately upon the correct Capital One entity in full compliance with applicable law in order to permit a response. If the requested information is still needed, please properly serve upon the correct Capital One entity a new subpoena or other legal request issued in full compliance with applicable law, and we will provide a response within a reasonable period of time. Please ensure that any subsequent subpoena or other legal request is directed to the correct legal entity and that the name of the entity is spelled correctly. Information regarding Capital One entities is publicly available from the Capital One website (www.capitalone.com/legal/subpoena-policy/).

Please be aware that if you sent a check with your subpoena, it has been destroyed as part of our objection process. If you intend to reissue the subpoena and state law requires payment to accompany a subpoena, please send a new check with the revised subpoena.

Capital One is responding to your subpoena or request to address this issue only. Capital One reserves the right and does not waive any other objection it may make to this subpoena. Please contact us at subpoena@capitalone.com if you have any questions.

Sincerely,

Capital One

[1] The Responding Entity ("Capital One") objects to the Request to the extent that (1) the method of service of the Request is not specifically authorized by applicable law; (2) the Request has not been issued in full compliance with all applicable law; (3) the Request fails to allot a reasonable period of time for compliance; (4) the Request seeks privileged or confidential information; (5) the full scope of the information requested is not relevant or reasonably calculated to lead to the discovery of admissible evidence; (6) the Request fails to provide sufficient information to uniquely identify some or all of the individuals and/or entities about which information is sought; (7) the full scope of the information sought by the Request is overbroad; (8) compliance with the Request would pose an undue burden and expense upon Capital One; (9) the Request is directed to an incorrect legal entity or one that does not exist;

LS003

© 2017 Capital One. Capital One is a federally registered service mark.

and/or (10) the Request seeks information that is confidential and proprietary and that will not be produced unless subject to an appropriate protective order. Capital One further reserves its right to assert any additional objection that it discovers is proper and necessary as it evaluates its legal obligations with respect to your request.

2/20/2018                          Capital One | Subpoena Policy for Law Enforcement

Menu                                 **Capital**One                                          Sign In

## Capital One Subpoena Policy

### Service of Subpoenas by Mail, Fax, or Email

All Capital One entities require that service of process be made in full compliance with applicable law.  Capital One entities do not as a practice accept service of process by any means not specifically authorized by applicable law, including email, facsimile, or mail. However, if service by mail of your subpoena is permitted by applicable law, please send your subpoena to the appropriate Capital One entity at the following address:

> Attn: 12070-7000 (Subpoena Dept.)
> 15000 Capital One Drive
> Richmond, VA 23238-1119

*Please note that this address is to be used for subpoenas only, when service by mail is permitted by applicable law.  In addition, please do not send subpoenas to any fax number, Post Office box address, email address, or other mail address, even if a Capital One entity previously requested that subpoenas be sent to such number or address.*

### Customer Privacy

We are committed to protecting the privacy of our customers. Our Privacy Policy, the Gramm-Leach-Bliley Act (15 U.S.C. § 6801 et seq.), the Right to Financial Privacy Act of 1978 (12 U.S.C. § 3401 et seq.), and other relevant state and federal privacy laws prohibit the release of customer or account information without express permission from the customer except when required by law or to comply with legal process that is properly served upon us.

### Capital One Operating Entities

The operating subsidiaries of Capital One Financial Corp. ("Capital One") are separate and distinct legal entities, and all subpoenas must be issued and served separately upon the correct legal entity in full compliance with applicable law in order to permit that entity to provide a response.

In addition, because Capital One does not have a designated custodian of records, a subpoena must be directed to the Capital One entity that maintains the requested records.  The *primary* Capital One operating entities from which records are customarily requested are Capital One Bank (USA), N.A., Capital One, N.A., and Capital One Auto Finance.  Capital One Bank (USA), N.A. offers credit and debit card products, other lending products and deposit products.  Capital One, N.A. offers a broad spectrum of banking products and financial services to consumers, small businesses and commercial clients, including traditional banking and credit card products.  Lastly, Capital One Auto Finance, a division of Capital One, N.A., offers automobile financing products.

### Reasonable Period of Time for a Response

All Capital One entities exercise reasonable efforts to respond in a timely manner to subpoenas that are validly issued and served in full compliance with applicable law but such responses can take approximately 30-45 days or more from receipt to complete depending on the complexity of your request.  Please ensure that the scope of your subpoena is limited to only those records necessary for your legal matter and that the subpoena identifies the account holder and account number or account holder social security number to allow us to more quickly provide a response.

### Fees for Compliance

We reserve the right to charge reasonable copying costs and administrative fees prior to the production of documents in response to any subpoena. Alternatively, we may issue an invoice to you.  Except as otherwise permitted by law, Capital One's subpoena compliance fees are as follows:

> *Research Costs — $22.00/hour (or $7.50 per quarter hour)*

> *Per Page Copying Costs — $0.25 per page (black and white)*

### Foreign State Subpoenas

For any subpoena issued from a state court in a state in which the Capital One entity or witness to which the subpoena is directed does not reside, please ensure that this subpoena is issued and served in accordance with the applicable interstate compacts of the applicable states that may permit the domestication of a foreign state subpoena. Alternatively, Capital One will accept a signed

2/20/2018                                    Capital One | Subpoena Policy for Law Enforcement

authorization from the customer, stating what records are to be provided.

**Questions, Status Updates, and Other Inquiries**

To inquire as to the status of a previously-issued subpoena, or for additional information regarding subpoenas for documents and/or witnesses, please email us at subpoena@capitalone.com. This email box is the sole point of contact for this purpose and enables us to provide you with the most timely and accurate response to your inquiry.

**PRODUCTS**

**ABOUT US**

**CAREERS**

**LEGAL**

Contact Us

Privacy

Security

Terms & Conditions

Accessibility

©2017 Capital One                                                                          Equal Housing Lender